UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | 9-63 |
| LOUIS BOYD, JR. | SECTION R |

### ORDER AND REASONS

Louis Boyd Jr. moves to file his petition for habeas corpus under seal. Boyd requests that his petition be sealed because "[his] approach for relief . . . is uncharted territory within the Courts." Specifically, petitioner asserts that there are no cases challenging the removal or transfer of state prosecutions to federal court.

Historically, there has been a presumption of openness and public access to judicial proceedings and documents. *See Richmond Newspapers, Inc. v. Virginia*, 448 U.S. 555 (1980); *In re Hearst Newspapers, L.L.C.*, 641 F.3d 168, 174-76 (5th Cir. 2011). Accordingly, a Court must use caution in exercising its discretion to place records under seal. *United States v. Holy Land Found. for Relief & Dev.*, 624 F.3d 685, 689 (5th Cir. 2010). Here, Boyd has not offered any valid reason to seal his petition, only that the issues his petition raises are novel. This is an insufficient justification to seal Boyd's habeas corpus proceedings. *See, e.g.,* Ashworth v. Bagley, 351 F. Supp. 2d 786, 790 (S.D. Ohio 2005) ("[T]his Court knows of no tradition that habeas corpus proceedings are closed and that documents filed in

such proceedings are sealed."). Accordingly, his motion to file his petition under seal is DENIED.

New Orleans, Louisiana, this 8th day of July, 2013.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE